## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT BOWLING GREEN

**LINDA McQUEARY**
    Plaintiff

v.                                                                                           No. 1:05CV-00086-J

**JO ANNE B. BARNHART**
    Commissioner of Social Security
    Defendant

### ORDER OF REMAND

The magistrate judge has filed his report, and no objections thereto have been filed. The magistrate judge's report is hereby adopted, and its findings and conclusions are incorporated by reference herein.

Accordingly, it is hereby ORDERED that this case is REMANDED to the Commissioner to obtain an updated medical opinion with respect to the plaintiff's ability to use her hands on an ongoing basis to the extent required by her past relevant work in light of her recent medical history of "trigger release" surgeries on her right ring finger and left thumb; to obtain vocational testimony predicated upon the limitations established by said updated medical opinion; and for any further proceedings deemed necessary by the Commissioner.

The Clerk of Court shall enter a separate judgment as required by Fed.R.Civ.P. 58.

This is a final and appealable order, and there is no just cause for delay.